12034

AUGUSTA POWER COMPANY *ET AL.* v. SAVANNAH RIVER
ELECTRIC COMPANY

(161 S. E., 767)

542

544

546

548

550

554

*Messrs. Watkins, Asbill & Watkins, Fleming & Fleming*
and *Mays & Featherstone,* for appellant,

*Messrs. Hull, Barrett & Willingham, J. William Thur-mond, Grier, Park & McDonald,* for respondent, cite:

November 26, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

Taken in connection with the opinion of the Court in the case of *Twin City Power Company v. Savannah River Electric Company*, 163 S. C., 438, 161 S. E., 750, now in process of decision, the order of his Honor, Judge Dennis, is entirely satisfactory, and is affirmed.

MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.